IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH BERNARD ALEXANDER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil No. 3:19-CV-0511-K-BH |
| § | |
| ANDREW SAUL, § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the plaintiff's *Petition and Brief for Award of Attorney Fees Under the Equal Access to Justice Act*, filed April 15, 2020 (doc. 22), is **GRANTED**, and he is awarded $4,251.90 in attorney's fees to be made payable directly to him and mailed to his counsel.

SO ORDERED.

Signed December 11, 2020.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE