IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH BERNARD ALEXANDER, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KILOLO KIJAKAZI, § <br> ACTING COMMISSIONER OF § <br> SOCIAL SECURITY § <br> ADMINISTRATION § <br> Defendant. § | Civil Action No.  3:19-CV-0511-K |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.  Accordingly, the plaintiff's *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant*, filed March 3, 2023 (doc. 27), is **GRANTED.** The plaintiff is awarded $19,412.25 in attorney's fees to be

made payable directly to him and mailed to his counsel, who must return to him the Equal Access to Justice Act award of $4,251.90.

SO ORDERED.

Signed June 28th, 2023.

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**